IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELLY WILSON

    Petitioner,                    No. CIV S-10-0433 FCD EFB P

    vs.

THE PEOPLE OF THE STATE OF CALIFORNIA,

    Respondent.                  FINDINGS AND RECOMMENDATIONS

_____/

       Petitioner requests permission to file a successive petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Before filing a successive petition in a district court, a petitioner must obtain from the appellate court "an order authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A). Without an order from the appellate court, the district court is without jurisdiction to consider a second or successive petition. *See Burton v. Stewart*, 549 U.S. 147 (2007).

       Petitioner has filed his request to file a successive petition in the wrong court, and is instructed to file his request with the Ninth Circuit Court of Appeals. This action must therefore be dismissed for lack of jurisdiction.

////

1

1    Accordingly, it is hereby RECOMMENDED that this action be dismissed for lack of
2 jurisdiction.
3    These findings and recommendations are submitted to the United States District Judge
4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
5 after being served with these findings and recommendations, any party may file written
6 objections with the court and serve a copy on all parties.  Such a document should be captioned
7 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
8 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
9 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
10 Dated:  March 10, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE